**IN FORM PAUPERIS DECLARATION**

<u>UNITED STATES 17TH DISTRICT</u>
[Insert appropriate court]

<u>JEREMY L MOORE</u>
(Petitioner)
v.
<u>OFFICER LESMIESTER RPD., CITY OF ROCKFORD</u>
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

08 50186

Kapala

FILED
AUG 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, <u>JEREMY L MOORE</u>, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes [ ] No [X]

a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

1996  5.50 Per Hour

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession or form of self-employment? Yes [ ] No [X]

b. Rent payments, interest or dividends? Yes [ ] No [X]

c. Pensions, annuities or life insurance payments? Yes [ ] No [X]

d. Gifts or inheritances? Yes [ ] No [X]

e. Any other source? Yes [ ] No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

Jeremy L. MOORE

3E
/
cell 24

3. Do you own cash, or do you have any money in a checking or savings account?  Yes [X]  No [ ]

(Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

25.70 $

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes [ ]  No [X]

If the answer is "yes," describe the property and state its approximate value.

_____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 5/19/08 _____ (date).

_____
Signature of Petitioner

Certificate

I hereby certify that the petitioner herein has the sum of $ .00 on account to his credit at the Winnebago Co. Jail institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said N/a institution:

$58.66 average monthly deposit

_____
Capt. A. R——
Authorized Officer of

(Amended, effective august 1, 1982; effective December 1, 2004.)

Copyright © 2008 Loislaw.com, Inc. All Rights Reserved

**Name/Alias:** MOORE, JEREMY LEE
**DOB:** 10/20/1976    **SSN:** 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    **Inmate ID:** 76032    **Sex:** MALE    **Race:** White

**Housing Location:** UNIT-3E_3E16_BED 1
**VNR Security Class:** N  HIGH MEDIUM    **Hearing Date:** 06/11/2008 09:00    **Court/Judge:** FEL/Truitt, John

**Status:** Pending-In Custody    **Juvenile:** N    **Custody Status:** Felony Pending

**Booking Date:**    **Booking #:**    **Gang Name:**    **Sentence Start:**    **Expected Release:**

## Trust Accounting

**Account Number:** 46913    **Status:** OPEN    **Status Change Reason:**    **Date Created:** 12/19/2005    **Date Closed:**
**Current Balance:** 0.00    **Deposit on Hold:** 0.00    **Commitments:** 0.00    **Available Balance:** 0.00    **Liabilities:** 6.25

View Facility Account

TRANSACTION HISTORY = CM_20051219_$3.27

| Trans Type | Status | Date | Description | Amount | Trans No | Batch | Ba |
|---|---|---|---|---|---|---|---|
| Deposit | | 05/01/2008 | JEREMY MOORE | 10.00 | 0171310 | 0000198 | 085 |
| Purchase/P | | 05/07/2008 | COMMISSARY PURCHASE | -9.90 | 0172458 | | 111 |
| Deposit | | 05/07/2008 | MOORE, JEREMY | 10.00 | 0172774 | | 111 |
| Deposit | | 05/13/2008 | JEREMY MOORE | 65.00 | 0173554 | 0000213 | 111 |
| Deposit | | 05/13/2008 | MOORE, JEREMY LEE | 65.00 | 0173603 | | 111 |
| Purchase/P | | 05/14/2008 | COMMISSARY PURCHASE | -49.40 | 0173874 | | |
| Deposit | | 05/20/2008 | JEREMY L MOORE | 22.00 | 0175104 | 0000225 | 10 |
| Purchase/P | | 05/21/2008 | COMMISSARY PURCHASE | -38.95 | 0175436 | | |
| Purchase/P | | 05/21/2008 | MEDICAL VISIT 5-16-08 | -15.00 | 0175713 | 0000228 | |

1 of 1